ACCEPTED
01-01-15-0035-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/3/2015 10:05:28 AM
CHRISTOPHER PRINE
CLERK

CASE NO. 01-15-00335-CV

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT OF TEXAS

AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/3/2015 10:05:28 AM
CHRISTOPHER A. PRINE
Clerk

CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC

APPELLANTS

V.

5433 WESTHEIMER, LP; 5433 WESTHEIMER, GP LLC; and SONGY5433

WESTHEIMER,

APPELLEES

**MOTION TO EXTEND TIME TO FILE CLERK'S RECORD**

TO THE HONORABLE JUSTICES OF SAID COURT:

**COMES NOW,** CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC

Appellants herein, and move this Court to extend the File Clerk's Record Tex. R.

App. P. 5.

In support thereof, Appellants would show as follows:

**I**

The Appellant did not pay for the District Clerk's record. There was a misunderstanding and Appellant was under the impression that all monetary requirements had been met. Appellant understands that there were several notifications issued by the Court; however, Appellant did not open an e-mail and the postcards were never brought to his attention.

**II**

On April 14, 2015, Appellants filed a Notice of Appeal was assigned to the First Court of Appeals. In error, Appellant did not request either Record until the first week in May; when the error was discovered, Appellant requested both records immediately.

**III.**

A reasonable period should be allowed prior to the filing of the records, Appellants asks that this Court allow an additional thirty (30) days to allow time for the Clerk's record to be filed. Appellant filed the credit card information for the cost of the clerk's record on November 11, 2015. The payment or request is not showing in the clerk's on line record. Appellant will call the Harris County District Clerk's office for a status update and will contact this Court if there are any problems. Further, Appellant has not received a receipt for payment and that will be part of the conversation with the Clerk's office.

## PRAYER

WHEREFORE, THESE PREMISES CONSIDERED, Appellants pray that this Court extend the time for the filing of Clerk's record for thirty (30) days and to grant such other and further relief to which Appellants may show themselves justly entitled.

Respectfully submitted,

OPPEL & GOLDBERG, P.L.L.C.

_____/s/ Jeffrey Wells Oppel_____
Jeffrey Wells Oppel
TSBN 15291800
    1010 Lamar, Suite 1420
    Houston, Texas 77002
    713-659-9200 (Phone)
    713-659-9300 (Fax)
    joppel@ogs-law.com

**ATTORNEY FOR APPELLANT**

**CERTIFICATE OF SERVICE**

I hereby certify that in compliance with Rule 21a, Texas Rules of Civil Procedure, a copy of the foregoing instrument was properly served via Electronic Filing on this the 1st day of December, 2015, on the attorney-of-record as follows:

Lansford O. Ireson, Jr.
IRESON & WEIZEL, PLLC
9720 Cypresswood Dr., Suite 238
Houston Texas 77070
(713) 228-1160
(713) 228-1161


___/s/ Jeffrey Wells Oppel_____
Jeffrey Wells Oppel